IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ C.C.
05 MAY 11 AM 11: 18

ROBERT R. ___ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

NANCY NEAGLE,

    Plaintiff,

VS.

    NO. 03-2713-Ma

JAMES GANNON, ET AL

    Defendants.

### ORDER SUBSTITUTING COUNSEL OF RECORD FOR PLAINTIFF

This cause came on to be heard upon Motion of the Plaintiff, Nancy Neagle, to substitute Warren D. McWhirter and the law firm of McWhirter, Wyatt & Elder as attorney of record for Plaintiff in place of Melissa Holt Yopp and Mark Bowman and the Law Offices of Gary Green. There being no objection to the Motion pursuant to the Certificate of Consultation filed herein, the Court is of the opinion that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.     Warren D. McWhirter and the law firm of McWhirter, Wyatt & Elder are hereby substituted as counsel of record for the Plaintiff in place of Melissa Holt Yopp and Mark Bowman and the Law Offices of Gary Green;

2.     That Melissa Holt Yopp, Mark Bowman and the Law Offices of Gary Green are hereby relieved of any further responsibility in the cause;

3.     As of the date of this Order, no further Notice, service or pleading need be served upon Melissa Holt Yopp, Mark Bowman or the Law Offices of Gary Green, but instead should be made upon Warren D. McWhirter, attorney at law,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-11-05

27

73 Union Avenue, Memphis, Tennessee 38103, telephone number 901/522-1813, facsimile number 901/525-3915.

IT IS SO ORDERED this 11 day of May, 2005.

~~SAMUEL H. MAYS, JR.~~, Tu M. Phan
**United States ~~District~~ Judge**
Magistrate

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:03-CV-02713 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline Sq.
Memphis, TN 38105

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Mark Bowman
LAW OFFICES OF GARY GREEN
40 North Pauline
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT