# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY 24  PM 5: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

NANCY NEAGLE,

     Plaintiff,

VS.

                              NO. 03-2713-Ma

JAMES GANNON, ET AL

     Defendants.

---

### ~~PROPOSED~~ TMP ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

---

This cause came on to be heard on Motion of the Plaintiff to Amend the
Scheduling Order to allow additional time within which to mediate the above-referenced
matter.  The Court is of the opinion that the Motion is well taken and should be granted.
The parties shall mediate this case on or before June 2nd, 2005.

     IT IS SO ORDERED.


UNITED STATES MAGISTRATE JUDGE

DATE: _____5/23/05_____


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05

**EXHIBIT**

B

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02713 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT