IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28 AM 6: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| NANCY NEAGLE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Vs. | * | NO: 03-cv-2713 Ma P |
| | * | |
| JAMES GANNON and USA TRUCK, INC., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's case be, and the same is hereby dismissed with prejudice.

_____
JUDGE

DATED: July 26, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-29-05

APPROVED FOR ENTRY:

BY: _____
WARREN McWHIRTER,
Attorney for Plaintiff

BY: _____
CARL WYATT, D#12304
Attorney for Defendants
(FILE: #03-392Z)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CV-02713 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT