UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

NANCY NEAGLE,

    Plaintiff,

v.                                              Cv. No. 03-2713-Ma

JAMES GANNON and USA TRUCK, INC.,

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal With Prejudice, docketed July 29, 2005.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:03-CV-02713 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT